Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| **BRYANT SMITH** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| EQUIFAX INFORMATION SERVICES LLC et al. ) | **1:12-cv-126** |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Equifax Information Services, LLC
c/o its registered agent: Kent Mast
1550 Peachtree Street, NW
Atlanta, GA 30309

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Feagle, Esq.
Skaar & Feagle, LLP
108 E. Ponce de Leon Avenue, Suite 204
Decatur, GA 30030

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

James N. Hatten
*CLERK OF COURT*

Date: **1/12/2012**



s/Beverly Gutting

*Signature of Clerk or Deputy Clerk*

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* __Equifax Information Services, LLC__
was received by me on *(date)* __1/16/2012__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Beverly Canady__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Equifax Information Services, LLC__ on *(date)* __2/22/2012__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __2/22/2012__

*Matt Skaar*
Server's signature

__Matthew Skaar, Process Server__
Printed name and title

__4819 Village Square, Acworth, GA 30102__
Server's address

Additional information regarding attempted service, etc: