IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRYANT SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO. |
| | ) 1:12-CV-00126-ODE-LTW |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC, and | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., | ) |
| | ) |
| Defendants. | ) |

**EXPERIAN INFORMATION SOLUTIONS, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.3 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1**

1.  The undersigned counsel of record for Experian Information Solutions, Inc. certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party (Experian Information Solutions, Inc.):

    Plaintiff:  Bryant Smith

    Defendant:  Experian Information Solutions, Inc.  The ultimate parent company of Experian Information Solutions,

Inc. is Experian plc. Experian plc owns one hundred (100) percent of Experian Information Solutions, Inc. Experian plc is a Jersey registered company which is publicly traded on the London Stock Exchange.

Defendant:   Equifax Information Services, LLC

2.  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

First American Real Estate Solutions, LLC

Vehicle Title, LLC

Central Source LLC

Online Data Exchange LLC

New Management Services LLC

VantageScore Solutions LLC

Opt-Out Services LLC

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding, known at this time:

> Maureen P. McAneny and the law firm of JONES DAY, Counsel for Experian Information Solutions, Inc.; and
>
> James Feagle and the law firm of SKAAR & FEAGLE, LLP, Counsel for Plaintiff.

Dated: March 14, 2012         Respectfully submitted,

s/ Maureen P. McAneny
Maureen P. McAneny
Georgia Bar No. 190355
JONES DAY
1420 Peachtree St. N.E.
Suite 800
Atlanta, Georgia 30309
(404) 581-8327/Telephone
(404) 581-8330/Facsimile
mmcaneny@jonesday.com

*Attorneys for Defendant
Experian Information Solutions, Inc.*

The undersigned certifies, pursuant to LR 5.1C, that this document has been prepared in Times New Roman, 14 point, as approved by the Court.

s/ Maureen P. McAneny

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

## SERVICE LIST

James Feagle
jfeagle@skaarandfeagle.com
Skaar & Feagle, LLP
108 E. Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
Telephone:  (404) 373-1970
Facsimile:  (404) 601-1855

*Attorneys for Plaintiff*

                        s/ Maureen P. McAneny
                        Georgia Bar No. 190355