**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division**

| | | |
|---|---|---|
| **BRYANT SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action** |
| | ) | |
| **v.** | ) | **No. 1:12-cv-00126-ODE-LTW** |
| | ) | |
| **EQUIFAX INFORMATION** | ) | |
| **SERVICES LLC and EXPERIAN** | ) | |
| **INFORMATION SOLUTIONS, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

(1)    The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

*    Equifax Information Services LLC, which is a wholly owned subsidiary of Equifax Inc.  Equifax Inc. is publicly traded on the New York Stock Exchange

*    Bryant Smith

*    Experian Information Solutions, Inc.

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:  None

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

*     Barry Goheen, Lewis Perling, and Betsey Tate of King & Spalding LLP, representing Equifax Information Services LLC

*     James Marvin Feagle of Skaar & Feagle, LLP-Decatur, representing Bryant Smith

*     Maureen Patricia McAneny of Jones Day-Atlanta, representing Experian Information Solutions, Inc..

Submitted this 14th day of March, 2012

KING & SPALDING LLP

By:   Betsey L. Tate
Betsey L. Tate
Georgia Bar No. 401088
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5100
Email:  btate@kslaw.com
Attorney for Equifax Information Services LLC

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Dated: March 14, 2012

/s/ Betsey L. Tate
Betsey L. Tate